**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRYAN J. SIDLER,                    )     NO. CV 15-3402-E
                                    )
            Plaintiff,              )
                                    )
      v.                            )         **JUDGMENT**
                                    )
CAROLYN W. COLVIN, Acting           )
Commissioner of Social Security,    )
                                    )
            Defendant.              )
                                    )
_____)

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of

the Social Security Administration is reversed in part and the matter

is remanded for further administrative action consistent with the

Opinion filed concurrently herewith.


        DATED: November 23, 2015.



                              _____
                                        /S/
                                  CHARLES F. EICK
                          UNITED STATES MAGISTRATE JUDGE