Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Bryan J. Sidler

FILED
CLERK, U.S. DISTRICT COURT

JAN - 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN J. SIDLER,<br><br>            Plaintiff,<br><br>      vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>            Defendant | Case No.: 2:15-cv-03402-E<br><br>(PROPOSED) ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES PURSUANT TO<br>28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that fees in the amount of $2500 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: 1/5/16

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

      /s/ *Brian C. Shapiro*

3   _____

4   Brian C. Shapiro
  Attorney for plaintiff Bryan J. Sidler

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-